**Appeal Dismissed and Memorandum Opinion filed March 2, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00019-CV

---

## BAYTOWN AGAPE COMMUNITY SERVICES, INC., Appellant

## V.

## CITY OF BAYTOWN, Appellee

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2010-18127**

---

### MEMORANDUM OPINION

This interlocutory appeal was brought from an order denying a temporary restraining order and temporary injunction. The record reflects a final judgment was signed by the trial court on October 18, 2022. Accordingly, the appeal is moot.

On January 20, 2023, notification was transmitted to the parties of this court's intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before January 30, 2023. *See* Tex. R. App. P. 42.3(a). Appellant filed no response. We dismiss the appeal.

PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.